# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** April 30, 2025 | **Time:** 36 minutes<br>2:46 p.m. to 3:22 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case Nos.:** 19-md-02913-WHO<br>20-cv-06985-WHO<br>19-cv-7934-WHO<br>20-cv-2600-WHO | **Case Names:** In Re: Juul Labs, Inc.,<br>Patel v. Juul Labs, Inc., et al.<br>Fay v. Juul Labs, Inc., et al.<br>McKnight v. Juul Labs, Inc., et al. | |

**Attorney for Plaintiffs:** Kenneth J. Brennan and Jeffrey Haberman
**Attorneys for Defendants:** Timothy S. Danninger, David Kouba, Derek Reinbold, Timothy J. McGinn, Jonathan Gdanski, and Scott Schlesinger

**Deputy Clerk:** Jean Davis                **Court Reporter:** Cathy Taylor

### PROCEEDINGS

Hearing on Motions for Remand conducted via videoconference. The Court summarizes tentative. Argument of counsel heard. Motions taken under submission; written order to follow.